# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 07-CR-303

SANDRA L. JACKSON,

    Defendant.

## AMENDED[1] ORDER FOR PSYCHOLOGICAL EXAMINATION & COMPETENCY HEARING

On February 22, 2008, the defendant moved for an examination and competency hearing pursuant to 18 U.S.C. § 4241. Based upon the representations made by counsel for the defendant, and pursuant to 18 U.S.C. §§ 4241(a), and 4242(a), the Court finds that there is reasonable cause to believe that the defendant presently may be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her, to assist properly in her defense, or the defendant may have been suffering from a mental disease at the time of the offense.

Based upon that finding, and pursuant to 18 U.S.C. § 4241, § 4242, and § 4247(b) and (c),

**IT IS HEREBY ORDERED** that:

1. A hearing will be held to determine the mental competency of the defendant.

---

[1] This Order is amended to allow a psychological evaluation in place of the psychiatric evaluation previously ordered.

2. In anticipation of the competency hearing, a psychological examination and evaluation of the defendant will be undertaken to determine whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her, to assist properly in her defense, or whether the defendant was suffering from a mental disease at the time of the offense.

3. To facilitate the examination and evaluation, the defendant is committed to the custody of the Attorney General for placement at the nearest suitable facility for a reasonable period not to exceed forty-five (45) days. Upon the application of the director of the facility, and upon a showing of good cause that additional time is necessary to observe and evaluate the defendant, this placement may be extended for up to thirty (30) days. Upon completion of the examination and evaluation of the defendant, a psychological report is to be filed with the Court and distributed to the parties.

4. Any period of delay resulting from the examination and evaluation of the defendant shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A).

**SO ORDERED** this    17th    day of March, 2008.

 s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge